

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00245-CV

_____

ZURICH AMERICAN INSURANCE COMPANY, AS SUCCESSOR BY MERGER TO MARYLAND CASUALTY COMPANY, Appellant

V.

THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, AS SUCCESSOR TO BURLINGTON NORTHERN RAILROAD COMPANY, AND AS SUCCESSOR IN INTERESTS TO GREAT NORTHERN RAILWAY COMPANY; AND CONTINENTAL CASUALTY COMPANY, Appellees

---

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-287082-16

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

We have considered appellant's "Unopposed Rule 42.1(B) Motion to Dismiss Appeal Only as to Appellee Continental Casualty Co." We grant the motion and dismiss the appeal of appellant Zurich American Insurance Company, as Successor by Merger to Maryland Casualty Company, as to appellee Continental Casualty Company only. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). This case shall hereafter be styled *Zurich American Insurance Company, as Successor by Merger to Maryland Casualty Company v. The Burlington Northern and Santa Fe Railway Company, as Successor to Burlington Northern Railroad Company, and as Successor in Interests to Great Northern Railway Company.*

Per Curiam

Delivered: January 4, 2024